UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE BLACK,

        Plaintiff,

v.

        Case No. 12-CV-11034

        HON. GEORGE CARAM STEEH

ADVANCED RECOVERY GROUP, INC.,

        Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (#6)

On March 8, 2012, plaintiff filed this lawsuit against defendant for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and violation of the Michigan Occupational Code, MCL § 339.901, *et seq.* On March 15, 2012, plaintiff served defendant with the complaint and filed a proof of service. Defendant's answer to the complaint was due April 5, 2012. On April 6, 2012, plaintiff applied for a default and the clerk entered default against defendant. On April 18, 2012, plaintiff filed a motion for entry of default judgment. On May 3, 2012, the court issued an order setting a response deadline of May 14, 2012 and setting a hearing on the motion for May 16, 2012 at 1:30 p.m. Defendant failed to respond to the motion or appear at the hearing. Plaintiff seeks statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k(a)(2), statutory damages of $50 for defendant's violation of the Michigan Occupational Code pursuant to MCL § 339.916, and an award of cost and attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3) to be determined at a subsequent time pursuant to Federal Rule of Civil Procedure 54(d)(2). Plaintiff clarified at the May 16, 2012 hearing that he is not seeking treble damages under the Michigan Occupational Code. For the reasons

stated on the record and set forth in plaintiff's motion, plaintiff's motion is granted.

Defendant is liable to pay plaintiff $1,050, plus costs.

IT IS SO ORDERED.

Dated: May 16, 2012

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 16, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk