UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE BLACK,

               Plaintiff,

                                              Case No. 12-CV-11034
v.                                      HON. GEORGE CARAM STEEH

ADVANCED RECOVERY
GROUP, INC.,

               Defendant.
_____/

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES AND COSTS (#10)

       On March 8, 2012, plaintiff filed this lawsuit against defendant for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and violation of the Michigan Occupational Code, MCL § 339.901, *et seq.* On May 16, 2012, the court granted plaintiff's motion for default judgment and ordered that defendant pay $1,050, plus costs. On June 14, 2012, plaintiff filed a motion for attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) and Federal Rule of Civil Procedure 54(d)(2). For the reasons set forth in the motion, plaintiff's motion for attorney's fees and costs is granted. Plaintiff is awarded $2,779.00 in attorney's fees and costs.

IT IS SO ORDERED.

Dated: July 9, 2012

                                    s/George Caram Steeh_____
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 9, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk