UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

LAWRENCE BLACK,
    Plaintiff,

-vs.-                                    Case No. 2:12-cv-11034-GCS-MJH
                                            Hon. George Caram Steeh
                                            Mag. Michael J. Hluchaniuk

ADVANCED RECOVERY GROUP, INC.
    Defendant.

_____

## **AMENDED JUDGMENT FOR PLAINTIFF**

The Court having entered orders granting Plaintiff's Motion for Entry of Judgment Pursuant to Clerk's Entry of Default (Docket # 8), and Plaintiff's Motion for Attorney's Fees and Costs (Docket # 11);

**IT IS HEREBY ORDERED** that **JUDGMENT** is entered for **PLAINTIFFS** in the amount of $3,829.00.

**IT IS SO ORDERED**.

                                                  s/George Caram Steeh
                                                  United States District Judge

Dated: July 23, 2012